Complaint

① ~~Defendant~~ PLAINTIFF: Regina H. Soule
286 Chestnut Hill Ave #25
Brighton, MA 02135

FILED
IN CLERK'S OFFICE
2015 NOV 4 AM 11 59
U.S. DIST
DISTRICT OF

② DEFENDANTS:

① Hilary Clinton Zarnieiff
Address Unknown

② Nancy Pilosi neé Bulger
Sister of Whitey Bulger
Address Unknown
Former Speaker of US House and Senate

③ Whitey Bulger
currently serving 3 life terms for murder in a Florida State Penitentiary

JURISDICTION: Federal racketeering charges which by cooperating with Federal authorities Whitey Bulger was not prosecuted for involving murders and crimes committed over 50 years ago, but which have continued to this day as he with his two associates named above operate Los Vegas casinos in Los Vegas and Massachusetts in conjunction with the MASS LOTTERY COM

Allegation: That said gambling in casinos has been going on in the state of Massachusetts as a criminal racket involving murders since 1978 and was until at least 2001 done illegally against and in violation of Massachusetts Laws

Also that money as bribes was given to state officials who proceeded to make said casino gambling legal through supposed state government licensing despite repeated attempts and lobbying and state referendums in which voters voted against allowing state lotteries-casinos.

RELIEF: That I as a resident of Massachusetts who does win prizes through the mail in PCH drawings and Massachusetts State-Run legal lotteries can continue to do so and am not in violation of the law myself for doing so and that said "casinos" which have illegal in the state roulette tables as they are considered "broken" represent a monopoly and violate my gambling rights

RELIEF: I want a federal court injunction to stop all gambling except the Massachusetts State Lottery and games presumably legal which PCH and other commercial companies use to promote sales or charities use as incentive to raise charity money which in the past have been prosecuted legally in this state as corruption.