UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13766-RGS

REGINA H. SOULE

v.

HILARY CLINTON, et al.

ORDER OF DISMISSAL

December 7, 2015

STEARNS, D.J.

On November 4, 2015, *pro se* plaintiff Regina H. Soule filed a complaint in this Court. She did not pay the $400 filing fee or seek leave to proceed *in forma pauperis*. In an order dated November 6, 2015, the Court ordered her either to pay the filing fee or seek leave to proceed *in forma pauperis* within 21 days. The Court warned Soule that failure to comply with the order could result in dismissal of the action.

The time for complying with the Court's order has passed without any response from the plaintiff. Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

**SO ORDERED.**

/s/Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE